In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-18-00275-CV

_____

THE JOYAL LAW FIRM, PLLC, Appellant

V.

LELAND G. FUSSELMAN, Appellee

On Appeal from the 410th District Court
Montgomery County, Texas
Trial Cause No. 17-05-05985-CV

MEMORANDUM OPINION

The appellant, The Joyal Law Firm, PLLC, and the appellee, Leland G. Fusselman, jointly filed a motion to dismiss this appeal. The motion is voluntarily made by agreement of the parties prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(2). We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

 

 

_____
CHARLES KREGER
Justice

Submitted on October 31, 2018
Opinion Delivered November 1, 2018

Before Kreger, Horton, and Johnson, JJ.